IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EVERETT BRUNO HAWKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:20-cv-64-ECM |
| ) | |
| ALGENIA HAWKINS THOMPSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On February 16, 2022, the Magistrate Judge entered a Recommendation (doc. 46) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the Defendants' Motion to Dismiss (doc. 41) is GRANTED to the extent that this case is DISMISSED for lack of subject matter jurisdiction.

A separate Final Judgment will be entered.

Done this 25th day of March, 2022.

                                          /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE